1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   KEITH W. CHAPPELL JR,                        No. C 09-2825 CRB (PR)

12            Plaintiff,                          ORDER

13      v.

14   SF COUNTY JAIL,

15            Defendant(s).
                                                /
16

17          Good cause appearing, plaintiff's request for an extension of time to file a First Amended

18   Complaint is GRANTED.  Plaintiff shall file an amended complaint by no later than March 26,

19   2010.  No further extensions of time will be granted.

20          The clerk shall terminate the motion in docket number 6.

21          SO ORDERED.

22
     DATED:  Feb. 16, 2010
23                                               CHARLES R. BREYER
                                                 United States District Judge
24

25

26

27

28

     G:\PRO-SE\CRB\CR.09\Chappel, K1.eot.wpd

**United States District Court**
For the Northern District of California