UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


KEITH W. CHAPPELL JR,

          Plaintiff,

  v.

SF COUNTY JAIL,

          Defendant.

_____/

Case Number: CV09-02825 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 16, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Keith W. Chappell 2424821
San Francisco County Jail #2
850 Bryant St.
San Francisco, CA 94103

Dated: February 16, 2010

          Richard W. Wieking, Clerk

          By: Barbara Espinoza, Deputy Clerk