IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH W. CHAPPELL, JR., )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>NANCY ORCUTT, N.P., et al., )<br>)<br>Defendant(s). )<br>_____ ) | No. C 09-2825 CRB (PR)<br><br>ORDER OF DISMISSAL<br><br>(Docket # 15) |

On July 28, 2010, the post office returned the court's mail to plaintiff as undeliverable. Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk shall enter judgment in accordance with this order, terminate all pending motions as moot (see, e.g., docket # 15) and close the file.

SO ORDERED.

DATED:  Sept. 28, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.09\Chappel, K1.dismissal.wpd